# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **BLUEWAVE HEALTHCARE CONSULTANTS, INC.,** | } } } |
| Plaintiff, | } } |
| v. | } } Case No.: 5:15-cv-00884-MHH |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** | } } } } |
| Defendant. | } |

## ORDER

The parties have filed a Joint Status Report requesting that this action be closed without prejudice because of a pending bankruptcy matter in Virginia concerning HDL. (Doc. 15). BlueWave has a pending proof of claim against HDL in the Virginia Bankruptcy Court. Consistent with the parties' request, the Court will close this matter without reaching the merits of BlueWave's claims. Accordingly, the Court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this April 2, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE